# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| TARA PATTON, on behalf of herself and all others similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>CONVERGYS CORPORATION and CONVERGYS CUSTOMER MANAGEMENT GROUP, INC.,<br><br>Defendant. | No. 2:17-cv-02252-JPM-dkv |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff Tara Patton's Notice of Voluntary Dismissal Without Prejudice, filed on April 24, 2017 (ECF No. 8) and the Court having entered an Order of Dismissal Without Prejudice (ECF No. 9);

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal Without Prejudice (ECF No. 9), all claims by Plaintiff against Defendant are hereby DISMISSED without prejudice.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

April 25, 2017
Date